# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA COLEMAN, et al<br><br>    Plaintiffs,<br><br>v.<br><br>MGM GRAND HOTEL, LLC, et al.,<br><br>    Defendants.<br>_____<br>TIM SHEETS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MGM GRAND HOTEL, LLC, et al.,<br><br>    Defendants | 2:04-cv-0746-LDG-LRL<br>2:06-cv-0271-LDG-LRL<br>(consolidated)<br><br>**ORDER** |

    These actions were recently consolidated (#30) even though they are at different stages of litigation. In order to take advantage of the common questions of law and fact shared by the cases, the court makes the following determinations regarding the outstanding motions.

    Discovery in the Sheets case, 2:06-cv-0171, is scheduled to conclude May 14, 2007, with motions due by June 18, 2007. The <u>Sheets</u> plaintiffs have filed a motion to amend the complaint (#20) which defendants oppose in part based on the arguments presented in their countermotions for summary judgment (#19). Plaintiffs then filed a Rule 56(f) motion for additional time to complete discovery in response to defendants' countermotions for summary judgment (#23). The court will grant plaintiffs' Rule 56(f) motion, and allow discovery to be completed before

consideration of the issues raised in either the motion to amend or the countermotions for summary judgment. Because the issues related to the defendants' alleged joint-employer status and integrated-enterprise relationships has bearing on the class-certification analysis, the court also declines to consider the motion for class certification until the close of discovery.

In addition, in order to gain the benefit of the factual and legal development in the <u>Sheets</u> litigation which is scheduled to come to a close within the next few months, the court will place its consideration of the dispositive motions in the <u>Coleman</u> case, 2:04-cv-0746, on track with those of the <u>Sheets</u> case. Accordingly,

THE COURT HEREBY ORDERS that the <u>Sheets</u> plaintiffs' Rule 56(f) motion (#23) is GRANTED.

THE COURT FURTHER ORDERS that the <u>Sheets</u> plaintiffs' motion to amend the complaint (#20) is DENIED without prejudice. After completion of discovery, this motion and its briefing may be refiled or, upon notice to the court, reinstated.

THE COURT FURTHER ORDERS that the <u>Sheets</u> defendants' countermotions for summary judgment and partial summary judgment (#19) are DENIED without prejudice. After completion of discovery, these motions and their briefing may be refiled or, upon notice to the court, reinstated.

THE COURT FURTHER ORDERS that the <u>Sheets</u> plaintiffs' motion to certify collective action (#13) is DENIED without prejudice. After completion of discovery, this motion and its briefing may be refiled or, upon notice to the court, reinstated.

THE COURT FURTHER ORDERS that the Sheets defendants' motion to exceed page limitation for points and authorities (#18) is DENIED without prejudice. After completion of discovery, this motion and its briefing may be refiled or, upon notice to the court, reinstated.

THE COURT FURTHER ORDERS that the <u>Coleman</u> defendants' motion for summary judgment or partial summary judgment (#57, #58, #60, #61, #62 #63 and #82) are DENIED

without prejudice.  After completion of discovery in the <u>Sheets</u> case, this motion and its briefing may be refiled or, upon notice to the court, reinstated.

      THE COURT FURTHER ORDERS that the <u>Coleman</u> defendants' motion to consolidate (#81) is DENIED as moot.

DATED this ___ day of March, 2007.

_____
Lloyd D. George
United States District Judge

3